DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SIEGFRIED LISISCHEFF,

Appellant,

v.

ELKE LISISCHEFF,

Appellee.

No. 2D2025-2324

————————————————

May 8, 2026

Appeal from the Circuit Court for Sarasota County; Stephen M. Walker,
Judge.

Y. Drake Buckman, II, and Allie R.B. Castellano of Buckman &
Buckman, P.A., Sarasota, for Appellant.

Susan J. Silverman, Sarasota, for Appellee.

PER CURIAM.

        Affirmed.

NORTHCUTT, LaROSE, and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.